**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:11-cv-00155-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

        Plaintiff,

v.

WILLIAM SZIRBIK, an individual; and
THOMAS C. ROYCE, an individual,

        Defendants.

---

**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE WITH CERTIFICATE OF SERVICE**

---

        Plaintiff, Righthaven LLC ("Righthaven") and Defendant, William Szirbik ("Mr. Szirbik"; collectively with Righthaven known herein as the "Parties"), by and through their attorneys of record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby notify the Court that they have resolved their differences and hereby stipulate to a voluntary dismissal, with prejudice, of all claims asserted in the above-captioned matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action with prejudice.

Dated this 28th day of April, 2011.

Submitted by:

| RIGHTHAVEN LLC | LAW OFFICES OF ROBIN SAX |
|---|---|
| /s/ Steven G. Ganim | /s/ Scott Karpf |
| STEVEN G. GANIM, ESQ. | SCOTT KARPF, ESQ. |
| 9960 West Cheyenne Avenue, Suite 210 | 1434 Westwood Boulevard, Suite 17 |
| Las Vegas, Nevada 89129-7701 | Los Angeles, California 90024 |
| Tel: (702) 527-5900 | Tel: (310) 470-9955 |
| Fax: (702) 527-5907 | Fax: (310) 469-7878 |
| sganim@righthaven.com | scott@robinsax.com |

SHAWN A. MANGANO, ESQ.
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851
shawn@manganolaw.com

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

Dated this \_\_\_\_ day of _____, 2011.

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Righthaven LLC and that on this 28th day of April, 2011, I caused **STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE WITH CERTIFICATE OF SERVICE** to be to be served by the Court's CM/ECF system.

By: /s/ Josh Aronson
Josh Aronson, Esq.